Generated: Jun 20, 2025 2:31PM                                                                                           Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Jun 20, 2025 2:31PM

Harold J. Barkley, Chapter 13 Trustee

Rcpt. No: 30000813             Trans. Date: Jun 20, 2025 2:31PM                         Cashier ID: #DCSs (3665)

| CD | Transaction     | Case/Party/Defendant | Qty | Price  | Amt    |
|----|-----------------|----------------------|-----|--------|--------|
| UC | UNCLAIMED FUNDS | 19-04204-JAW         | 1   | 292.32 | 292.32 |

| CD | Tender |         |            | Amt      |
|----|--------|---------|------------|----------|
| CH | CHECK  | #701357 | 06/20/2025 | $292.32  |

|                              |         |
|------------------------------|---------|
| Total Due Prior to Payment:  | $292.32 |
| Total Tendered:              | $292.32 |
| Total Cash Received:         | $0.00   |
| Cash Change Amount:          | $0.00   |

**Debtor:** Robert Earl Pettus

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:　　　　　　　　　　　　　　　CHAPTER 13 NO.:

ROBERT EARL PETTUS　　　　　　　　　　　　　　19 – 04204 – JAW

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
JUN 20 2025
Danny L. Miller, Clerk of Court
By_____ Deputy Clerk

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Robert Earl Pettus | 101 Ramsey Street Scooba, MS 39358 | $ 292.32 |

THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated: June ___17___, 2025

Respectfully submitted,

__/s/Harold J. Barkley, Jr.__
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

### CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Robert Earl Pettus
101 Ramsey Street
Scooba, MS 39358

Dated: June ___17___, 2025

__/s/Harold J. Barkley, Jr.__
HAROLD J. BARKLEY, JR.

OFFICE OF THE TRUSTEE
CHAPTER 13 PROCEEDINGS
HAROLD J. BARKLEY, JR.
P.O. BOX 4476
JACKSON, MS 39296-4476

JACKSON MS 390
18 JUN 2025 AM 2 L

US POSTAGE $000.97°
ZIP 39216
02 7W
0008039163 JUN 17 2025

US Bankruptcy Court
Southern District of M
RECEIVED
JUN 20 2025
Danny L. Miller, Clerk of Court
By: _____

Clerk, US Bankruptcy Court
Southern District of Mississippi
501 E Court St. Suite 2.300
Jackson MS 39201

39201-50675