**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                              CHAPTER 13 NO.:

**ROBERT EARL PETTUS**                                         19 – 04204 – JAW

**NOTICE OF WITHDRAWAL**

**YOU ARE HEREBY NOTIFIED** that on July 2, 2025 the Trustee has filed a *Chapter 13 Standing Trustee's Final Report and Account* [DK #60].

**YOU ARE FURTHER NOTIFIED** that said *Chapter 13 Standing Trustee's Final Report and Account* [DK #60] was filed in error and is hereby withdrawn.

**SO NOTICED** this the    2   , day of July, 2025.

        /s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Robert Earl Pettus
101 Ramsey Street
Scooba, MS 39358

All creditors and other interested parties as shown on attached mailing matrix

Dated: July    2   , 2025

        /s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.