| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 19-04204-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed Jul  2 10:28:05 CDT 2025 | B&H Auto Plex<br>1810 MS-39<br>Meridian, MS 39301 | Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296-4476 |
| Bonita Auto Sales, LLC<br>1719 Hwy 39 North<br>Meridian MS 39301-3536 | Capital One<br>P.O. Box 60599<br>City of Indus, CA 91716-0599 | Community Loans, LLC<br>4611 8th Street<br>Meridian, MS 39307-5827 |
| ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Go Finance<br>2109 B Street<br>Meridian, MS 39301-5928 | Lauderdale Loans, LLC<br>4805 Poplar Springs Dr<br>Meridian, MS 39305-2670 |
| ONEMAIN FINANCIAL GROUP, LLC<br>OneMain<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | Robert Earl Pettus<br>101 Ramsey St<br>Scooba, MS 39358-7626 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | Town Finance Corp<br>107 22nd Ave South<br>Meridian, MS 39301-5944 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
120 Corporate Blvd
Ste 100
Norfolk, VA 23502

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15